WO

X FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 0 9 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) CR-09-335-01-PHX-ROS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| Carlos Merida-Martinez, | ) **ORDER** |
| Defendant. | ) |

A detention hearing on the Petition on Supervised Release was held on March 9, 2010.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 9th day of March, 2010.

Lawrence O. Anderson
United States Magistrate Judge